UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| VICTOR TORRES PULIDO,<br><br>Petitioner,<br><br>v.<br><br>MATHEW CATE, Secretary of the CDCR et al.,<br><br>Respondent. | ED CV 11-2965-R (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: JUL 2 6 2011

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1